UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY C., <br>          Plaintiff, <br>     v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>          Defendant. | NO. CV 22-4211-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 7, 2023

                                                   /s/ Karen L. Stevenson
                                               KAREN L. STEVENSON
                                             CHIEF MAGISTRATE JUDGE